NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEEP9 CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**BARNES & NOBLE, INC., AND
BARNESANDNOBLE.COM, LLC,**
*Defendants-Appellees.*

---

2013-1031

---

Appeal from the United States District Court for the Western District of Washington in No. 11-CV-0035, Judge James L. Robart.

---

**JUDGMENT**

---

CHRISTIAN E. MAMMEN, Hogan Lovells US, LLP, of San Francisco, California, argued for plaintiff-appellant. Of counsel on the brief were ERIC B. FASTIFF and DAVID T. RUDOLPH, Lieff, Cabraser Heimann & Bernstein, LLP, of San Francisco, California; and KIM D. STEPHENS and CHASE ALVORD, Tousley Brain Stephens, PLLC, of Seattle, Washington.

JOHN B. QUINN, Quinn Emanuel Urquhart & Sullivan, LLP, of Los Angeles, California, argued for defendants-appellees. Of counsel on the brief were DAVID EISEMAN and JEFFREY S. GERCHICK, of Washington, DC; and MELISSA J. BAILY, of San Francisco, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 13, 2013 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |